32595. CHAVERS *v.* THE STATE.

MacINTYRE, P. J. This case is controlled by the decision in *Gaines* v. *State,* 80 *Ga. App.* 512 (56 S. E. 2d, 772), and the court did not err in overruling the general demurrer to the accusation.

*Judgement affirmed. Sutton, C. J., Gardner, and Worrill, JJ., concur. Felton and Townsend, JJ., dissent.*

DECIDED DECEMBER 3, 1949. REHEARING DENIED DECEMBER 14, 1949.

*Kimzey & Kimzey,* for plaintiff in error.
*Irwin R. Kimzey, Solicitor,* contra